**CLOSED**

_____
WENDY SOMMERS, et al.,

               **Plaintiff(s)**

    **vs.**

BERNICE SOMMERS, et al.,

              **Defendant(s).**
_____

:  **UNITED STATES DISTRICT COURT**
:  **DISTRICT OF NEW JERSEY**
:
:  **Hon. Dennis M. Cavanaugh**
:  **Civil Action No. 07-889  (DMC)**
:
:  <u>**VOLUNTARY DISMISSAL ORDER**</u>
:
:
:

The  Court  having been advised by Plaintiff(s) and Defendant(s)  that they wish to voluntarily dismiss the Complaint filed in this action;

    **It is on this 27th day of June,  2007**

    **ORDERED  THAT**  the Complaint filed herein be and is hereby dismissed without prejudice.


                        S/ Dennis M. Cavanaugh
                        **DENNIS M. CAVANAUGH**
                        **United States District Judge**

Orig:  Clerk of the Court
cc:    Hon.. Mark Falk
       All Parties
       File